# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>ALZAAH WADE<br>*Defendant(s)* | )<br>)<br>) Case No. 3:23-mj-423<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 11, 2023__ in the county of __Mecklenburg__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1951 and 2 | Conspiracy to commit Hobbs Act Robbery<br>did knowingly and willfully combine, conspire, confederate and agree with other persons, known and unknown, to obstruct, delay and affect commerce, and the movement of article and commodities in commerce by robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendants planned to take watches and diamonds from another person, against his will and by means of actual and threatened force, violence, and fear of immediate and future injury in violation of Title 18, United States Code, Section 1951. |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

*/s/ Christopher Williams*
*Complainant's signature*

Christopher Willaims, Special Agent, FBI
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: November 30, 2023

Date: 11/30/2023

David C. Keesler
United States Magistrate Judge

City and state: Charlotte, North Carolina

U.S. Magistrate Judge David Keesler
*Printed name and title*