## ATTACHMENT A:

## UNDER SEAL

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR
## A CRIMINAL COMPLAINT

I, Christopher B. Williams, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, depose and state that:

1.      I have been a Special Agent of the FBI since April of 2009.  Prior to my employment with the FBI, I served as a municipal police officer in North Carolina and a United States Naval Officer.  During my service with the FBI, I have investigated gangs and drug-trafficking organizations on the FBI Safe Streets Task Force (SSTF) and both domestic and international terrorism on the FBI Joint Terrorism Task Force (JTTF).  I have also served in various positions of trust throughout my career including but not limited to Airport Liaison Officer, Assistant Weapons of Mass Destruction Coordinator, FBI SSTF Coordinator, Principal Relief Supervisor, and Practical Applications Instructor. I have participated in various methods of investigation, including but not limited to, consensual monitoring, physical surveillance, interviews of witnesses and defendants, and victims, the use of search warrants, the use of confidential informants, the use of pen registers, and the use of intercepted wire communications.  In the course of my career, I have participated in numerous Title III wire intercepts which targeted gangs and/or drug trafficking organizations.  I have served as Title III wire administrative agent, surveillance team member, monitor, and wire shift team leader.  I am currently assigned to the Charlotte Headquarters Field Office of the FBI Charlotte (North Carolina)

Division, more specifically to the FBI Violent Crimes Task Force. I am charged to investigate violations of federal criminal law throughout North Carolina and abroad, including but not limited to Bank Robberies, Carjackings, Extortion, Firearms Violations, Fugitives, Hobbs Act Robberies, Kidnapping, Impersonation of Federal Officials, Interstate Threats, and Mass Shootings. Through formal and on the job training, I have developed experience in investigations of violent offenses set forth in the United States including the aforementioned violations. I am familiar with and have used investigative techniques for the purposes of monitoring, infiltrating, and interdicting criminal organizations and their members. As a federal agent, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I am empowered by law to conduct investigations and to make arrests for felony offenses enumerated in Title 18 of the United States.

2.     The statements contained in this Affidavit are based on information I have learned through my own investigation, experience, and background as an FBI agent and through that of other FBI agents and members of law enforcement. Because this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint and Arrest Warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that **Alzaah Conager WADE (WADE)** violated Title 18, United States Code, Section 1951, Interference with Commerce by Threats or Violence and Conspiracy to Commit Interference with Commerce by Threats or Violence, within the

Western District of North Carolina, and elsewhere.

## FACTS IN SUPPORT OF PROBABLE CAUSE

3.     The FBI is conducting a criminal investigation of **WADE** and others regarding violations of 18 U.S.C. § 1951 (Interference with Commerce by Threats or Violence and Conspiracy to Commit Interference with Commerce by Threats or Violence).

4.     In addition to a robbery occurring within the Western District of North Carolina, the FBI has investigated a string of robberies conducted in similar manner including, but not limited to: Diamonds Choice (1125 Woodruff Road, Suite 1703, Greenville, South Carolina) on May 17, 2023; Sandler's Diamond & Time (1231 Lincoln Street, Columbia, South Carolina) on June 09, 2023; Sandler's Diamond & Time (920 Houston Northcutt Blvd., Suite A9, Mt. Pleasant, South Carolina) on August 15, 2023; and American Jewelry Company (157 Franklin Road, Brentwood, Tennessee) on August 25, 2023.

5.     On July 11, 2023, the Huntersville Police Department (HPD) responded to an armed robbery at Fink's Jewelers, located at 16745 Birkdale Commons Parkway Suite 2 Huntersville, North Carolina (Mecklenburg County, North Carolina).  Through investigation, it was determined that at approximately 11:50 AM, three (3) Unknown Subject (UNSUBs) wearing masks – at least two of whom were armed with handguns - entered the Fink's Jewelers.  The UNSUBs, while brandishing firearms, forced employees into one area of the business, and commanded them to get on the ground. UNSUB1 was wearing a black facemask, black hooded sweatshirt, bright orange over

gray gloves, light blue undergarment (under his pants), white pants, and white shoes.
UNSUB1 was armed with a black handgun and a small, red sledgehammer. UNSUB2
was wearing a red, black, and white camouflage facemask, a red hooded sweatshirt,
bright orange over gray gloves, and black pants. UNSUB3 was wearing a black, yellow,
and white facemask, a yellow hoodie sweatshirt, black pants, and white colored tennis
shoes. UNSUB3 was armed with a black handgun and a small, red sledgehammer.

6.     UNSUB1 and UNSUB3 used the small, red sledgehammers to force entry
into multiple jewelry display cases, while UNSUB2 stood at the front door appearing to
serve as a lookout[1]. These three UNSUBs stole over $505,000 USD worth of high-value
watches and loose diamonds and fled.  Witnesses observed the UNSUBs flee to an
awaiting vehicle (Subject Vehicle 1).  Witnesses described Subject Vehicle 1 as a silver
Ford Focus and were able to identify a partial Georgia vehicle registration plate, "CWX."
Traffic camera footage retrieved by investigators showed a second subject vehicle
(Subject Vehicle 2), a white Nissan Sentra bearing a temporary tag ending in "755,"
accompany (Subject Vehicle 1).

7.     An anonymous tip led investigators to review surveillance footage from
the Circle K gas station located at 9101 Sam Furr Road, Huntersville, North Carolina.
This Circle K gas station is less than one mile from the Finks Jewelry store.  The footage
showed both Subject Vehicle 1 and Subject Vehicle 2 parked together and captured one
person on camera (hereinafter Unknown Subject 4, UNSUB4).  UNSUB4 was a black

---

[1] In referring to criminal organizations/activity, "lookout" is a term used to describe an individual(s)
who is assigned to watch an area for indications of police response, notification of authorities,
and/or occurrences which would jeopardize criminals escaping the scene of the crime without
incident.

male wearing a black hooded sweatshirt, black sweatpants, and a black face mask. The brand of clothing worn by UNSUB4 was determined to be the "Ant1social" brand. "Ant1social" is a brand of clothing sold in the Atlanta, Georgia metropolitan area. As discussed below, law enforcement ultimately identified UNSUB4 as **WADE**.

8.      Investigators conducted inquiries of the partial registration plate for the Subject Vehicle 1 which returned Georgia registration plate number CWX6755. CWX6755 was registered to a Ford Focus and operated out of a business located in the Atlanta, Georgia metropolitan area. Searches of registration plate CWX6755 utilizing License Plate Reader (LPR) data, captured the subject Ford Focus exiting Interstate 77 (I-77) southbound onto Dave Lyle Boulevard in Rock Hill, South Carolina on July 11, 2023, at approximately 12:37 PM. Subject Vehicle 2 was also captured on LPR exiting I-77 in front of the Ford Focus. Both subject vehicles then reentered I-77 southbound at approximately 12:52 PM. The time elapsed from the subject vehicles exiting I-77 southbound to the subject vehicles reentering I-77 southbound was approximately fifteen minutes. The location, time, and distance required to travel from Sam Furr Road (Huntersville, NC) on I-77 southbound to Dave Lyle Boulevard (Rock Hill, SC) is consistent with that required of the UNSUBs fleeing the scene of the Fink's Jewelers robbery.

9.      Investigators believed it likely that the UNSUBs stopped at the Circle K gas station located just off the Dave Lyle Boulevard exit along I-77. Investigators obtained and reviewed surveillance footage from this location and confirmed both subject vehicles had indeed stopped there. Investigators determined UNSUB4, captured on surveillance

video at the Circle K in Huntersville, North Carolina, had also entered the Circle K in Rock Hill, South Carolina. UNSUB4 was wearing the same clothing at both locations but was not wearing a face mask at the Rock Hill location.

10.     During interviews of Fink's Jewelers employees, it was noted that a suspicious individual had entered the store the week prior to the robbery.  One of the employees stated that the suspicious individual had entered the store while talking on a cellular telephone and had remained on the cell phone during his entire time in the jewelry store.  While still on the cell phone, the individual began asking the employee various questions about the Rolex watches being sold, stating he was shopping for one of his girlfriend's friends.  As they spoke, the individual added that he was speaking with two different people on separate lines of his cell phone, one was shopping for Rolex watches, the other was shopping for diamonds.  At one point during their conversation, the individual left the store and returned with two separate cellular phones.  Following his return, he asked about various diamonds.

11.     Investigators reviewed historic video surveillance footage of the business and found the referenced event.  The suspicious individual had entered Fink's Jewelers on July 5, 2023, and appeared to be UNSUB4 wearing different clothing.

12.     Based on my training, experience and knowledge of the investigation, UNSUB4's conduct in the Fink's Jeweler's on July 5, 2023 was consistent with "casing." Casing is a type of surveillance conducted prior to criminal conduct during which a subject will clandestinely scout and/or infiltrate a location for the purposes of determining ingress/egress routes, locations of valuable items, the number of employees

and security personnel present, security camera locations, and times of high/low volume customer flow. Casing will often include taking pictures or video of the store for planning purposes and making inquiries of employees about items of interest and/or store operations.

13. Still images of the suspicious individual captured from the videos of the July 5, 2023 casing of Fink's jewelers and of UNSUB4 from the July 11, 2023 visit of the Circle K in Rock Hill following the robbery were sent for analysis by the FBI Facial Analysis, Comparison, and Evaluation (FACE) Services Unit.

14. After analyzing the submitted still images of UNSUB4, the FACE Services Unit returned a "likely candidate" result of **Alzaah Conager WADE** (date of birth February 28, 1998). **WADE** appeared to be a black male of similar height and build as that of UNSUB4. Your Affiant obtained a known image of **WADE** and compared the known image to the Fink's jewelers July 5, 2023 video and the Rock Hill Circle K July 11, 2023 video. Your Affiant is confident **WADE** is the individual captured on both videos.

15. A database search of **WADE's** name returned telephone number (678) 651-8505 (WADE's Phone). A subpoena served on T-Mobile for telephone number (678) 651-8505 returned **Alzaah WADE**, 3036 Monterey Drive, Decatur, Georgia, as the registered subscriber.

16. Investigators located two Instagram profiles associated to **WADE**, "wixked_whip" and "wixked_whipx2." A search warrant was issued to Meta Platforms, Inc. for Instagram accounts "wixked_whip" and "wixked_whipx2". As a result,

investigators obtained multiple images and videos from Meta Platforms, Inc. A review of images on these accounts showed numerous instances of **WADE** wearing "Ant1social" brand clothing. Videos sent from **WADE**'s "wixked_whip" account to another Instagram account, "therealdtray," depicted the casing of Fink's Jewelers performed by **WADE** on July 5, 2023. Specifically, the videos contained the interior layout of Fink's Jewelers, the areas target by the UNSUBs during the robbery, and multiple high dollar value items such as Rolex watches, diamonds, and rings. Additional videos sent from **WADE** via Instagram to "therealdtray" Instagram account included video of the casing of a separate, then unknown, jewelry store sent on July 27, 2023. The unknown jewelry store was later identified by investigators as Luxe Jewel Exchange, located at 1799 N. Highway 17, Unit A, Mount Pleasant, South Carolina (Charleston County, South Carolina).

17. On July 24, 2023, **WADE** sent additional videos of an unidentified jewelry store to the "therealdtray" Instagram account. These videos depicted the interior layout of the jewelry store with particular attention paid to cases including watches and various diamond jewelry pieces. On July 27, 2023, "therealdtray" account sent videos to **WADE** which appeared to be of the same unknown jewelry store mentioned above.

18. Based on the noted communications with **WADE**, a search warrant was issued to Meta Platforms, Inc. for Instagram account "therealdtray." Review of the received account information surfaced numerous details concerning the "therealdtray" account user's role in the armed robberies and aided in his positive identification. Various direct messages show "therealdtray" attempting to arrange various armed robberies and organizing several subjects for the robberies. In my training and

experience, criminal organizations (whether trans-national or localized in nature), utilize code words and/or slang terms for the purposes of both brevity in conversation and to conceal the true nature of the activities being discussed. In arranging said robberies, the account user utilized several of these code words / slang terms. For instance, "crews," referred to the group or groups of individuals gathered to commit a crime, "hotbox" referred to a rented, stolen, or leased vehicle which was to be utilized in a robbery, and a "move" or "play" referred to the robbery itself. The aforementioned direct messages and terminology are as follows.

    a. On May 03, 2023 through May 07, 2023, "therealdtray" had the following conversation with "drogueapparel_ceo" via Instagram messaging [all spelling/grammar are as utilized by the users of the accounts unless otherwise noted]:

[*May 03, 2023*]

-**therealdtray**:        U ain't heard nothing on no car?

- **drogueapparel_ceo**:    Damn let me check I didn't even answer

-**therealdtray**:        Ok


[*May 04, 2023*]

-**therealdtray**:        U ain't heard nothing on no car?

- **drogueapparel_ceo**:    Still looking

-**therealdtray**:        Ok

[*May 06, 2023*]

-**therealdtray**:            It's been hard as hell to find another car u

ain't heard nothing?

-**therealdtray**:            Soon as I get the car I'm trying to get in

-**drogueapparel_ceo**:    Hell yea cause they be playing hard with them

cars fr

-**therealdtray**:            Yeah bra just look around asap

-**therealdtray**:            A n****[2] just tried to charge me $1500 for a

charger like I'm a lame or some I only got $500

or $600 to      spend on a hotbox

-**therealdtray**:            Smh

[*May 07, 2023*]

- **drogueapparel_ceo**:    Smh man I told you these n****z[3] by tryna tax

for hot boxes now

-**therealdtray**:            Yeah certain ppl I paid $400 for the last car

Based on my training, experience, and knowledge of the investigation, "therealdtray" is

communicating with "drogueapparel_ceo" about securing cars to be used in robberies.

    b.  On May 10, 2023, **"therealdtray"** had the following conversation with

"**drogueapparel_ceo**" via Instagram messaging [all spelling/grammar are

as utilized by the users of the accounts unless otherwise noted]:

---

[2] Edited by Affiant
[3] Edited by Affiant

| | |
|---|---|
| **-therealdtray**: | I had done got another hotbox I had some going on this morning the police got the car and locked one of my man's up.  Smh. |
| **- drogueapparel_ceo**: | \<sent a voice message\> |
| **-therealdtray**: | He said they surrounded him and the car and they   caught him with a gun.  He out now. |
| **-drogueapparel_ceo:** | Smh hope he aint no snitch |
| **-therealdtray:** | Nah he good ppl |
| **-drogueapparel_ceo**: | Oh ok. |

Based on my training, experience, and knowledge of the investigation, "therealdtray" is communicating with "drogueapparel_ceo" about an individual who was intended to secure a car for a robbery being arrested by the police.  "drogueapparel_ceo" is expressing concern about the individual cooperating with the police when he states "*Smh hope he aint no snitch*[.]"  "therealdtray" is assuring "drogueapparel_ceo" that the individual will not cooperate with the police by replying "*Nah he good ppl*".

 c. On May 25, 2023, **"therealdtray"** had the following conversation with "**drogueapparel_ceo**" via Instagram messaging [all spelling/grammar are as utilized by the users of the accounts unless otherwise noted]:

| | |
|---|---|
| **-therealdtray**: | What's good? |
| **-therealdtray:** | Talking about the move |
| **-drogueapparel_ceo:** | \<reacted to message\>- |
| **-therealdtray:** | I already done it it was some bullshit |

| | |
|---|---|
| **-therealdtray:** | I got a new move up for Rolexes and Brietlings. I know don't nobody wear Brietlings no more but I got some body to buy them |
| **-therealdtray:** | U know somebody that can rent a car for a day to go check on it |
| **-therealdtray:** | Them n****s[4] hit the wrong cases or some it was a $2000 play that's all was made I let them young n****s[5] keep that. |
| **-drogueapparel_ceo** | Smh wtf |
| **-therealdtray:** | they was some bands had a couple mossinites in them but the bands was real. They really just paid for the gold |
| **-therealdtray:** | No |
| **-therealdtray:** | It was some bullshit. It's some shit a n****[6] wouldn't waist they time on |
| **-drogueapparel_ceo** | [unknown reply] |
| **-therealdtray:** | That's why I didn't even hit u about it |
| **-therealdtray:** | that shit had me mad |
| **-therealdtray:** | I wish I wouldn't be trying to bust a new move |

[4] Edited by Affiant
[5] Edited by Affiant
[6] Edited by Affiant

|                       |                                                              |
|-----------------------|--------------------------------------------------------------|
|                       | right now                                                    |
| -**therealdtray:**    | Majority of them didn't have no diamond on the head Lol.     |
| -**therealdtray:**    | They claim they went to the right ones but left one good case |
| -**therealdtray:**    | Man fuck all that help us rent a car so we can go check on the new move |
| -**therealdtray:**    | That's if you know somebody                                  |
| -**therealdtray:**    | It's 3 hour and 26 minutes away                              |
| -**drogueapparel_ceo:** | Oh damn                                                    |
| -**therealdtray:**    | They ain't going to do nothing wrong they just going to look |
| -**therealdtray:**    | It's one person                                              |

Based on my training, experience, and knowledge of the investigation, "therealdtray" is communicating with "drogueapparel_ceo" about planning another robbery while expressing displeasure about the execution of a prior robbery. "therealdtray" is explaining that he had a profitable robbery planned, but the crew he used stole the wrong items. The property the crew actually stole was worth far less than the items they were supposed to take.

    d. On May 27, 2023, **"therealdtray"** had the following conversation with "**drogueapparel_ceo**" via Instagram messaging [all spelling/grammar are as utilized by the users of the accounts unless otherwise noted]:

| | |
|---|---|
| -**therealdtray**: | I got a play up for 60 Rolexs |
| -**therealdtray**: | Yeah |
| -**drogueapparel_ceo**: | Daytonas? |
| -**therealdtray**: | All kinds |
| -**therealdtray**: | I gotta go check it out |
| -**drogueapparel_ceo**: | Got to |
| -**therealdtray**: | Hell yeah |
| -**drogueapparel_ceo**: | \<Sent voice message\> |
| -**therealdtray**: | U right about that I think I got everything covered |
| -**drogueapparel_ceo**: | \<Sent voice message\> |
| -**therealdtray**: | -Hell yeah.  I gotta go have somebody check out wafi spot |
| -**therealdtray**: | LoL.  12 carats some big mufuckas |
| -**therealdtray**: | U talk to Treasure? |
| -**drogueapparel_ceo**: | Huge!!!!! |

Based on my training, experience, and knowledge of the investigation, "therealdtray" is communicating with "drogueapparel_ceo" about a potential robbery target identified by "therealdtray".  "therealdtray" is explaining that a robbery at this target should result in the taking of valuable Rolex watches and large diamonds.

e. On June 19, 2023, **"therealdtray"** had the following conversation with "**drogueapparel_ceo**" via Instagram messaging [all spelling/grammar are as utilized by the users of the accounts unless otherwise noted]:

-**therealdtray:**           U know some body that want to buy some Brietlings?

-**drogueapparel_ceo**:    Lol man hell naw

-**drogueapparel_ceo:**    

-**drogueapparel_ceo:**    

-**therealdtray**:          Them niggas got Brietlings but left the Rolexs. Smh

-**therealdtray**:          The Brietlings been saling for a good number

-**drogueapparel_ceo**:    

-**therealdtray**:          U right but I been saling hell out them mafuckas and somebody just agreed to buy the last 2. But they cheap as hell

-**drogueapparel_ceo**:    

Based on my training, experience, and knowledge of the investigations, "therealdtray" is communicating with "drogueapparel_ceo" about a robbery where the crew again stole the wrong property. "therealdtray" is explaining that the robbery crew failed to steal Rolex watches and instead stole Breitling watches. "therealdtray" is explaining that he is still able to sell the stolen Breitling watches for a decent price.

f. On June 20, 2023, **"therealdtray"** had the following conversation with "**drogueapparel_ceo**" via Instagram messaging [all spelling/grammar are as utilized by the users of the accounts unless otherwise noted]:

**-drogueapparel_ceo**:       &lt;voice message sent&gt;

**- therealdtray**:          LoL I'm telling u but they just didn't get the rolexs

**-drogueapparel_ceo**:      N****z[7] slow

**- therealdtray**:          Yeah they fucked up this time again by leaving the Rolexs

**-drogueapparel_ceo**:      N****z[8] slow

**- therealdtray**:          Yeah

Based on my training, experience, and knowledge of the investigation, "therealdtray" is communicating with "drogueapparel_ceo" and continuing to discuss a robbery where the crew stole watches that were less valuable than those that were supposed to be taken.

g. On June 24, 2023, **"therealdtray"** conversed with "**drogueapparel_ceo**" via Instagram messaging [all spelling/grammar are as utilized by the users of the accounts], advising: "I'm up early because I got somebody bout to hit the road and check on some Rolexs and Diamonds"

Based on my training, experience, and knowledge of the investigation, "therealdtray" is informing "drogueapparel_ceo" that a planned casing of a jewelry store will occur that day.

---

[7] Edited by Affiant
[8] Edited by Affiant

The casing will be specifically evaluating the store for the taking of Rolex watches and loose diamonds.

    h. On June 30, 2023, **"therealdtray"** had the following conversation with **"drogueapparel_ceo"** via Instagram messaging [all spelling/grammar are as utilized by the users of the accounts unless otherwise noted]. Other subjects of conversation were spoken of between the messages concerning the robberies, those messages were omitted for brevity:

        -**drogueapparel_ceo**:     We need to wipe these highend boutiques down man I'm telling you the move!!!

        -**therealdtray:**     Oh we can make some money off them?

        -**drogueapparel_ceo**:     Hell yea bra if they get the right shit frfr

        -**therealdtray:**     Oh ok

Based on my training, experience, and knowledge of the investigation, "drogueapparel_ceo" is telling "therealdtray" that they should target high-end boutique jewelry stores for robberies. A "move" is terminology used by the LYONS ARO referring to a robbery. In essence, "drogueapparel_ceo" is communicating: "I'm telling you what we need to rob."

    i. On July 26, 2023, **"therealdtray"** had the following conversation with **"drogueapparel_ceo"** via Instagram messaging [all spelling/grammar are as utilized by the users of the accounts unless otherwise noted]:

| **-therealdtray:** | I hope these n****s[9] don't fuck up the move.  They got what I need |
| **-drogueapparel_ceo**: | All big stones boy |

Based on my training, experience, and knowledge of the investigation, "therealdtray" is expressing his hope to "drogueapparel_ceo" that the next robbery will go well, and the robbery crew will not mistakenly steal less valuable goods than what is planned.

      j.   On August 19, 2023, **"therealdtray"** had the following conversation with "drogueapparel_ceo" via Instagram messaging [all spelling/grammar are as utilized by the users of the accounts unless otherwise noted]:

| **-therealdtray:** | Hell yeah I sold them Rolexs with 3 Brietlings and 3 omegas for $80K |
| **-therealdtray:** | I had to pay alot of ppl tho |
| **-drogueapparel_ceo**: | Tryna tell you all that shit add up |
| **-therealdtray:** | Hell yeah |
| **-drogueapparel_ceo**: | Just imagine if you get the right shit tho |
| **-drogueapparel_ceo**: | You catch for a plain Jane rose gold skeleton Ap mfer cost 200/250 you can make $100/150k off one watch |
| **-therealdtray:** | -I got some shit I'm going to look at that's suppose to be big this week.  I got a spot put |

---

[9] Edited by Affiant

up that got all type of shit.when we set up for it they had 2 dogs in there.  But the day we checked it out they didn't have no dogs in there so I got away to do it now.

-**therealdtray**:  I'ma do this new shit I got up first.

-**drogueapparel_ceo**: Dogs ain't shit I'll spray they ass with mace

-**therealdtray**: Oh I know I just ain't found no spot with the AP's.  That spot I told u that had some and some pateks didn't have none when I went to check it out.  That's where I got the Rolexs from

-**therealdtray**: The dogs ain't gonna be there when I do it.  I'ma know it before I do it.

-**drogueapparel_ceo**: Pateks better than AP

-**therealdtray**: Yeah I know

Based on my training, experience, and knowledge of the investigation, "therealdtray" is communicating with "drogueapparel_ceo" about selling property stolen from jewelry store robberies.  They are also communicating about two dogs which were present at a previously cased jewelry store.  "drogueapparel_ceo" noted he would just spray the dogs with mace.

19.    During various direct messages with multiple Instagram accounts, "therealdtray" stated that he was located at Valdosta and was seeking to transfer to

Macon.  Based on my training and experience, it is highly probable that the account user of "therealdtray" was referring to being incarcerated in Valdosta State Prison and wishing to be transferred to Macon State Prison.  On July 10, 2022 and July 10, 2023, "therealdtray" received numerous messages wishing him "Happy Birthday," or words to that effect.  From January 24, 2023 to August 11, 2023, "therealdtray" direct messaged several other Instagram accounts a contact number of (470) 809-2463 (LYON's Phone).  In at least two of those messages, he advised the recipients "this is Deuntray."

20.     A search of Georgia Department of Corrections databases surfaced a Deuntria Lamar LYONS, Georgia Department of Correction Identification Number 1077787, who is currently housed at Valdosta State Prison in Valdosta, Georgia.  LYONS has an extensive criminal history and is currently serving life without parole for armed robbery.  Law enforcement databases revealed LYONS' date of birth as June 17, 1981 but also listed an alternate date of birth as July 10, 1982.  Open-source reporting on LYONS indicated he was currently serving six life sentences for planning robberies from inside of prison utilizing secreted cell phones.

21.     On September 9, 2023, FBI served AT&T with a Geolocation Warrant for LYON's Phone.  Results from the warrant confirmed that LYON's Phone was being used from within the Georgia Valdosta State Prison.  Additionally, FBI ascertained through contact with SA Greggory Phillips of the Georgia Department of Corrections (GDOC) Office of Professional Standards that LYONS was still incarcerated at Valdosta State Prison.  SA Phillips also provided GDOC documentation showing the same.

22.     Call detail records for WADE's Phone were obtained via search warrant. The records revealed contact with LYON'S Phone on numerous occasions. From March 16, 2023 to August 15, 2023, LYON's Phone contacted (678) 651-8505 over 1,000 times, and WADE's Phone contacted LYON's Phone over 300 times. Additionally, **WADE** contacted LYON's Phone in the days prior, day of, and days after the Huntersville, North Carolina Fink's Jewelers and other jewelry stores were robbed on their respective dates (further details concerning the other jewelry stores provided herein). Of note, the frequency of calls and texts increased surrounding the robbery dates and decreased following the robberies. Moreover, **WADE** was in contact with LYON's Phone the entire time he was casing the Fink's Jewelers store in Huntersville, North Carolina on July 05, 2023.

23.     **WADE**'s call detail records also revealed that **WADE**'s cellular telephone utilized towers in the vicinity of Huntersville, North Carolina Fink's Jewelers on July 5, 2023. Video surveillance footage from that date showed **WADE** casing the store. **WADE**'s call detail records also revealed that **WADE**'s cellular telephone utilized towers in the vicinity of Huntersville, North Carolina Fink's Jewelers on July 11, 2023, the date the store was robbed.

24.     On August 11, 2023, Detective D. Hulse of the Atlanta Police Department (APD) contacted Task Force Officer (TFO) J. Smith of the FBI Charlotte Violent Crimes Task Force / Huntersville Police Department to provide information concerning the captioned matter. Detective Hulse stated that an anonymous person positively identified Christopher HAWKINS (DOB: 12/29/2004) as having committed the July 11, 2023

Fink's Jewelers robbery. Detective Hulse was investigating an unrelated homicide[10] in Atlanta, (Georgia), when the anonymous person showed her a digital image of UNSUB3 during the Huntersville Fink's Jewelers robbery, stating that the same was HAWKINS. The image of UNSUB3 was a still image from the surveillance video that captured the robbery. The image was released to the media by the Huntersville Police Department. The anonymous person has personally known HAWKINS for an extended period of time. Detective Hulse provided a known telephone number for HAWKINS, (470) 962-1788, the same having been uncovered in the course of the APD homicide investigation.

25.     A search of the cellular telephone tower access data in and around the vicinity of the Circle K in Rock Hill, South Carolina on the date of the Fink's Jewelers robbery, showed HAWKINS' telephone number, (470) 962-1788, was utilizing towers in the vicinity shortly after the robbery occurred. Additionally, telephone toll records shows that HAWKINS' telephone number (470) 962-1788 contacted WADE's Phone, on July 11, 2023 at approximately 12:25 PM. The call remained active for approximately 872 seconds (approximately fourteen and a half minutes). The time of the Fink's Jewelry Store robbery was approximately 11:50 AM. A search warrant issued for telephone number (470) 962-1788, returned call detail records revealing that HAWKINS' cellular telephone had utilized towers in the Atlanta, Georgia metropolitan area and traveled northeast towards Huntersville, North Carolina on July 11, 2023. Following the

---

[10] At this time there is no evidence to suggest that the homicide being investigated by APD was directly related to the jewelry store robberies, though it is possible some subjects may have participated in both criminal acts.

Huntersville, North Carolina Fink's Jewelers robbery, HAWKINS' cellular telephone traveled south on I-77, utilizing a tower near Arrowood Road (Charlotte, NC). HAWKINS' made contact with WADE's Phone at approximately 12:25 PM, at that time, HAWKINS' cellular telephone was utilizing towers in the vicinity of Pineville, North Carolina. The records then indicated that HAWKINS' device was utilizing towers in the vicinity of Rock Hill, South Carolina consistent with the area surrounding the Circle K on Dave Lye Boulevard, Rock Hill, South Carolina.

26. Review of the July 11, 2023 Circle K (Dave Lyle Boulevard, Rock Hill, SC) surveillance footage also showed a black female (UNSUB5) wearing a green tank top, plaid pants, and white crocs, exited Subject Vehicle 2 (Nissan Sentra) and entered the Circle K gas station following WADE's visits inside the same. UNSUB5 did not appear to purchase anything at the gas station.

27. A search of cellular telephone tower access data in and around the vicinity of the Circle K in Rock Hill, South Carolina during the date and time of robbery, showed telephone number (229) 586-0664 was utilizing towers in the vicinity of the store. Database searches of (229) 586-0664 returned Jordan Cassie HOPKINS (date of birth November 6, 2000). A Georgia Department of Motor Vehicles records search revealed a driver's license picture of HOPKINS which appeared consistent to that of the UNSUB5 .

28. Review of **WADE**'s Instagram account, "wixked_whip " revealed that **WADE** messaged Instagram user "kia_baby5" on July 24, 2023 attempting to ascertain the location and status of Instagram user "sweets02bckup," a female, who drives a white Nissan Sentra. This vehicle matches the description of Subject Vehicle 2 from the

Huntersville, North Carolina Fink's Jewelers robbery. During the conversation, "kia_baby5" asked **WADE** "Jordan?" referring to **WADE**'s inquiries about "sweets02bckup." Investigators reviewed the Instagram page of the user of "sweets02bckup." Comparison of the digital images obtained from the page of "sweets02bckup" revealed that the user was HOPKINS.

29.     HOPKINS and **WADE** communicated approximately twenty-nine (29) times via call and/or text on July 11, 2023 between approximately 2:21 AM and approximately 11:17 PM. HOPKINS contacted **WADE** via voice call at approximately 11:41 AM, then again contacted WADE via voice calls at approximately 12:47 PM. This communication corresponded to the 11:50 AM timeframe of the Huntersville, North Carolina Fink's Jewelers robbery. A search warrant issued for HOPKINS' telephone number (229) 586-0664 resulted in call detail records which showed that HOPKINS' cellular telephone had utilized towers in Huntersville, North Carolina on July 5, 2023, the date corresponding to **WADE's** casing of the Huntersville Fink's Jewelers. Call detail records also indicated that HOPKINS' cellular telephone had utilized towers in the vicinity of the Huntersville, North Carolina Fink's Jewelers and in the vicinity of the Rock Hill, South Carolina Circle K on July 11, 2023, the date of the Huntersville Fink's Jewelers robbery.

30.     Further review of the July 11, 2023 video surveillance footage from the Huntersville Circle K showed Subject Vehicle 1 enter the parking lot at approximately 11:19 AM, drive around the store, and park in an area out of view of the surveillance camera. A short time later, Subject Vehicle 2 drove into the parking at approximately

11:34 AM, and parked at the store within view of surveillance cameras. **WADE** exited the driver's side door of Subject Vehicle 2, walked to the door of the store, opened the door, and walked back to Subject Vehicle 2 (Nissan Sentra). Video surveillance footage shows the passenger of Subject Vehicle 2 move from the passenger seat to the driver's seat during the timeframe **WADE** walked to the Circle K door. **WADE** had remained on his cellular telephone from the time he had walked to the Circle K door to the time he had exited in the direction of Subject Vehicle 1.

31.     **WADE** bypassed Subject Vehicle 2 and walked in the direction of Subject Vehicle 1, returning to Subject Vehicle 2 after approximately one (1) minute. **WADE** opened the driver's side door of Subject Vehicle 2, appeared to speak to the occupant within, and walked back in the direction of Subject Vehicle 1.

32.     At approximately 11:37 AM, Subject Vehicle 2 then drove out of surveillance camera view in the direction of Subject Vehicle 1. Both subject vehicles were then observed traveling together on the access road behind the store, coming into view again at the traffic intersection of Northcross Drive and Sam Furr Road in front of the Huntersville Circle K. At 11:38 AM, the subject vehicles then turned right onto Sam Furr Road traveling in the direction of the Huntersville Fink's Jewelers. As noted, the jewelry store was robbed at approximately 11:50 AM.

33.     A comparison of **WADE**'s call detail records during the time **WADE** was using his cellular telephone at the Huntersville Circle K revealed **WADE** was communicating with someone utilizing telephone number (404) 399-2611.

34.     A review of cellular tower data for July 11, 2023 collected in the vicinity of the Rock Hill Circle K showed telephone number (404) 399-2611 was also in contact with HAWKINS' telephone number, (470) 962-1788, at approximately 12:49 PM for less than five (5) seconds.  Additionally on July 11, 2023, (404) 399-2611, had contact with LYON'S Phone nineteen (19) times. Two (2) of the telephonic contacts occurred when LYON'S PHONE contacted (404) 399-2611 via voice call at approximately 11:45 AM and approximately 11:55 AM.  The first call resulted in an approximate eighteen (18) second conversation, and the latter was transferred to voicemail.  Of note, the referenced calls occurred approximately five (5) before and approximately five (5) minutes after the robbery.  A search warrant issued for telephone (404) 399-2611, revealed that the subscriber of the number was Deryle Naeem DENSON.

35.     Based on my training and experience, members of ARO's traveling in separate conveyances will often meet at a staging location before and many times after a robbery is committed.  During coordination of this meeting, members of ARO's often utilize their cellular telephones to contact one another to communicate information including, but not limited to, estimated time of arrival, description of the vehicle(s) being driven, individuals with them in the vehicle, and updated information concerning the targeted business.  As such, it is highly probable that the phone call made by **WADE** while walking into the Huntersville Circle K was to coordinate with co-conspirators meeting at that location prior to the Huntersville Fink's Jewelers robbery.  In observing that **WADE** concluded his call to DENSON at approximately the same time that **WADE** appeared to make visual contact with Subject Vehicle 1, in conjunction with call detail

records placing both **WADE**'s and DENSON's cellular telephones at the Huntersville Circle K prior to the robbery, would suggest that DENSON was a driver or occupant of Subject Vehicle 1. Furthermore, according to the same call detail records, both DENSON's and **WADE**'s cellular telephones were utilizing towers in the vicinity of the Rock Hill Circle K following the robbery.

## **CONCLUSION**

36. Based upon the above, probable cause exists for a criminal complaint against, and arrest warrant for, believe that **Alzaah Conager WADE** for violations of 18 U.S.C. § 1951 (Interference with Commerce by Threats or Violence and Conspiracy to Commit Interference with Commerce by Threats or Violence); on or about July 5, 2023 through and including July 11, 2023 in Mecklenburg County North Carolina, within the Western District of North Carolina, and elsewhere. I request that the Court issue a Criminal Complaint and Arrest Warrant for the same.

Respectfully submitted,

*/s/ Christopher B. Willaims*
Christopher B. Williams
Special Agent, FBI

*\*This affidavit was reviewed by AUSA Timothy Sielaff.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 30th day of November, 2023, at 6:52 PM.

Signed: November 30, 2023

David C. Keesler
United States Magistrate Judge