IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Docket No. 3:23-mj-423 |
| v. | ) ) | **Application** |
| ALZAAH WADE | ) ) ) | **To Unseal Complaint** |

## MOTION TO SEAL COMPLAINT

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Criminal Complaint in this matter be unsealed immediately.

In support of this Application, the Government offers that Alzaah Wade has been arrested, is being held in the Northern District of Georgia, and has been indicted by the Grand Jury in this district for the conduct that is the basis of the Complaint.

Respectfully submitted this 12th day of December 2023.

Dena J. King
UNITED STATES ATTORNEY

*/s/ Timothy Sielaff*
Assistant United States Attorney
227 W. Trade Street., Suite 1700
Charlotte, NC 28202
(704) 344-6222 (phone)