IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MJ-423-DCK *SEALED*

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| ALZAAH WADE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To [Un]Seal Complaint" (Document No. 5) filed December 12, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To [Un]Seal Complaint" (Document No. 5) is **GRANTED**. The Complaint in this case shall be unsealed.

**SO ORDERED**.

Signed: December 12, 2023

David C. Keesler
United States Magistrate Judge